IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BOARD OF TRUSTEES of the PLUMBERS,
PIPE FITTERS & MECHANICAL
EQUIPMENT SERVICE, LOCAL UNION
392 PENSION FUND,

    Plaintiff(s),

vs.

AIRSTREAM MECHANICAL, et. al.,

    Defendant(s).

Case Number: 1:08cv901

Chief Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on October 26, 2009 (Doc. 53), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 16, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for default judgment (Doc. 47) is **GRANTED.**

Default judgment is entered in plaintiff's favor and against Defendants Airstream Contracting, LLC , Arrow Contracting, LLC, Airstream Mechanical, Airstream Mechanical, LLC, Mohawk Development, Mohawk Development, LLC and Meloche Holdings, LLC, jointly and severally, in the total amount of $294,633.24. Specifically:

    A. Withdrawal liability in the amount of $242,098.00;

    B. Liquidated damages in the amount of $19,367.12;

    C. Interest in the amount of $12,709.67; and

    D. Reasonable attorney's fees in the amount of $20,458.45.

IT IS SO ORDERED.

       ___s/Susan J. Dlott_____
       Chief Judge Susan J. Dlott
       United States District Court