IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BOARD OF TRUSTEES of the PLUMBERS :
PIPE FITTERS & MECHANICAL EQUIP.
SERVICE, LOCAL UNION
NO. 392 PENSION FUND,

   Plaintiff(s),

              Case Number: 1:08cv901

vs.

              Chief Judge Susan J. Dlott

BISON CONSTRUCTION, LLC, et al.,

   Defendant(s).

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on February 2, 2010 (Doc. 62), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 23, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion to amend (Doc.58) is **GRANTED**. Plaintiff is directerd to file its amended complaint forthwith.

IT IS SO ORDERED.

                Chief Judge Susan J. Dlott
                United States District Court