IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Board of Trustees of the Plumbers, Pipe  
Fitters & Mechanical Equipment Service,  
Local Union 392 Pension Fund,         :  
                                      :  
      Plaintiff(s),            :  
                                      :  Case Number: 1:08cv901  
  vs.                                 :  
                                      :  Chief Judge Susan J. Dlott  
Airstream Mechanical, et. al.,        :  
                                      :  
      Defendant(s).            :  

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge J. Gregory Wehrman filed on August 11, 20201 (Doc. 90), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 31, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, the motion of Defendant Bison Construction, LLC, t dismiss (doc. 68) is **GRANTED**, and defendants Airstream Construction and Airstream Construction, LLC is also **DISMISSED** as non-parties to the amended complaint.

The motion of defendants Bison Services, LLC,; Snag Creek Rentals, LLC and Jason Meloche, Jr to dismiss (Doc. 75) is **GRANTED** with all claims against those defendants to be **DISMISSED.**

IT IS SO ORDERED.

                                    ___s/Susan J. Dlott_____  
                                    Chief Judge Susan J. Dlott  
                                    United States District Court